# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE 24-7 GROUP OF COMPANIES, INC., | 3:13-cv-00211-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 15, 2014 |
| TERRY ROBERTS, et al., | |
| Defendants | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is a motion (Doc. # 36) submitted by Phillip M. Stone, Esq, to withdraw as counsel of record for Plaintiff, The 24-7 Group of Companies, Inc. Counsel represents the attorney-client relationship with The 24-7 Group's representative, Mr. Kraft, has deteriorated such that counsel can no longer effectively represent The 24-7 Group. The motion has been served on the affected client. No opposition to the motion has been filed.

Good cause appearing, counsel's motion (Doc. # 36) is **GRANTED.** Pending substitution of replacement counsel, service by mail upon Plaintiff shall be effected as follows:

> The 24-7 Group of Companies, Inc.
> Attn: Rune Kraft
> 7527 East First
> Scottsdale, Arizona 85251

However, a corporation may appear in federal court only through a licensed attorney. *United States v. High Country Broad Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *In re America W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1944) (per curiam). Therefore, Plaintiff, The 24-7 Group of Companies, Inc., shall procure replacement counsel **not later than thirty (30) days from the date of this order.** Plaintiff is advised that the unexplained failure to obtain substitute counsel will cause this court to *sua sponte* issue a Report and Recommendation to the District Court that this action should be dismissed.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>    /s/                              </u>
           Deputy Clerk