UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE 24-7 GROUP OF COMPANIES, INC. a Nevada corporation,<br><br>               Plaintiff,<br><br>  v.<br><br>TERRY ROBERTS, an individual; MELANIE ROBERTS, an individual; and WELLS FARGO BANK, N.A., etc.,<br><br>               Defendant. | Case No. 3:13-cv-00211-MMD-WGC<br><br>ORDER |

On November 21, 2014, the Court dismissed this action without prejudice due to the failure of Plaintiff The 24-7 Group of Companies, Inc. ("24-7") to secure successor counsel in this matter. (Dkt. no. 46.) Plaintiff's chairman, Rune Kraft ("Kraft"), sought reconsideration, which was denied. (Dkt. nos. 48, 49.) Instead of retaining counsel, Kraft has filed another motion for reconsideration on behalf of 24-7, seeking reconsideration of the Court's orders permitting 24-7's previous counsel to withdraw. (Dkt. no. 50.) The Court has repeatedly emphasized that 24-7, a corporate entity, cannot represent itself or be represented by Kraft, who is not its legal counsel, and that 24-7 must retain counsel to prosecute this action. (*See* dkt. no. 37; dkt. no. 39; dkt. no. 42 at 2; dkt. no. 44 at 7; dkt. no. 46 at 3; dkt. no. 49 at 2.) Kraft's motion for reconsideration (dkt. no. 50) is denied. The Court will not entertain any further motion filed by Kraft on behalf of 24-7.

DATED THIS 5th day of January 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE